| Date | Pleading Number | |
|---|---|---|
| 2/25/74 | 1. | MOTION -- Shipley Co., Inc. -- with supporting brief, Exhibits A & B, Certificate of Service. Two cases in two districts. REQUESTED TRANSFEREE FORUM: D. Massachusetts |
| 3/7/74 | | Exhibit C of movants motion and brief |
| 3/12/74 | 2 | OXY METAL FINISHING CORP., response, brief and exhibits to motion w/cert. of service |
| 3/12/74 | 3 | KOLLMORGEN CORP. response to motion w/cert. of service |
| 3/18/74 | | SHIPLEY CO. request for extension to file reply brief - GRANTED to March 22, 1974 - Notified counsel |
| 3/22/74 | 4 | SHIPLEY CO. reply brief w/cert of service |
| 4/1/74 | | HEARING ORDER - setting A-1 and A-2 for hearing on April 26, 1974 Washington, D. C. |
| 4/26/74 | 5 | FILED IN OPEN COURT - Kollmorgen Corp. and Oxy Metal Finishing Corp. filing copy of press releases by Shipley Co. announcing Detroit suit against Oxy Metal |
| 10/17/74 | | OPINION AND ORDER -- DEnying Consolidation pursuant to 28 U.S.C. §1407 of the two actions A-1 and A-2. |

Description of Litigation

IN RE SHIPLEY CO., INC., PATENT LITIGATION

Summary of Panel Action

Date(s) of Hearing(s) 4/26/74

Date(s) of Opinion(s) or Order(s) 10/17/74

Consolidation Ordered ___ Name of Transferee Judge ___

Consolidation Denied ✓ Transferee District ___

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Shipley Co., Inc. v. Oxy Metal Finishing Corp. | E.D.Mich. Harvey | 4-70661 | | | | Shipley Mot. 2/25/74 |
| A-2 | Kollmorgen Corp. v. Shipley Co., Inc. | Mass. | 72-3697-C | | | | " " |

p. 1

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 169 -- IN RE SHIPLEY CO., INC., PATENT LITIGATION

| ~~Plaintiff~~ | ~~Defendant~~ |
|---|---|
| **SHIPLEY COMPANY, INC.**<br>Sewall P. Bronstein, Esquire<br>Dike, Bronstein, Roberts & Cushman<br>75 Federal Street<br>Boston, Massachusetts 02110<br><br>**OXY METAL FINISHING CORP.**<br>John A. Diaz, Esquire<br>Morgan, Finnegan, Durham & Pine<br>345 Park Avenue<br>New York, New York  10022<br><br>**KOLLMORGEN CORP.**<br>Paul V. Power, Esquire<br>Gaston, Snow, Motley & Holt<br>Shawmut Bank Building<br>82 Devonshire Street<br>Boston, Massachustts  02109 | |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

IN RE SHIPLEY CO., INC., PATENT LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| | **SHIPLEY COMPANY, INC.**<br>Sewall P. Bronstein, Esquire<br>Dike, Bronstein, Roberts & Cushman<br>75 Federal Street<br>Boston, Massachusetts 02110<br><br>**OXY METAL FINISHING CORP.**<br>Robert D. Dunwoodie, Esquire<br>Dykem, Gossett, Spencer, Goodnow & Trigg<br>2700 City National Bank Building<br>Detroit, Michigan 48226<br><br>**KOLLMORGEN CORP.**<br>Paul V. Power, Esquire<br>Gaston, Snow, Motley & Holt<br>Shawmut Bank Building<br>82 Devonshire Street<br>Boston, Massachusetts 02109 | John A. Diaz, Esq.<br>Morgan, Finnegan, Durham & Pine<br>345 Park Ave<br>NY 10022 |